**Opinion issued September 4, 2014.**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-14-00688-CV

_____

## IN RE AMERJIN ENERGY, LLC AND XI ZHU, Relators

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relators, Amerjin Energy, LLC and Xi Zhu, have filed a petition for writ of mandamus contending that respondent, the Honorable Grant Dorfman, abused his discretion in authorizing depositions of relators pursuant to Texas Rule of Civil Procedure 202.[1]

---

[1] The underlying proceeding is *In re Petition of Ashby LLP Requesting the Deposition of the Corporate Representative of Amerjin Energy, LLC, and Xi Zhu*, Cause No. 2014-

We deny the petition.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Jennings and Keyes.

---

13861, in the 334th District Court of Harris County, Texas, the Honorable Grant Dorfman presiding.